1

2        **UNITED STATES DISTRICT COURT**
         **DISTRICT OF NEVADA**
3

4

5   ROBERT WARRENGTON,              )
                                    )        3:06-CV-0496-BES (VPC)
6            Plaintiff,             )
                                    )
7        vs.                        )        **REPORT AND RECOMMENDATION**
                                    )        **OF U.S. MAGISTRATE JUDGE**
8   CLARK COUNTY DETENTION          )
    CENTER,                         )
9                                   )
             Defendant.             )        February 15, 2008
10  _____ )

11          This Report and Recommendation is made to the Honorable Brian E. Sandoval, United States

12   District Judge.  The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C.

13   § 636(b)(1)(B).  For the reason set forth below, it is recommended that plaintiff's complaint be

14   dismissed without prejudice.

15              **I. BACKGROUND, DISCUSSION & CONCLUSION**

16          On April 5, 2007, the court granted plaintiff's request to proceed *in forma pauperis* (#5).

17   After a review of plaintiff's complaint, the court was unable to determine whether plaintiff stated

18   a viable claim for relief.  *Id.*  Plaintiff was granted thirty (30) days within which to file an amended

19   complaint in compliance with the order.  *Id.*  Plaintiff was cautioned that his failure to file an

20   amended complaint within the time allotted may result in dismissal of this action.  *Id.*

21          Plaintiff failed to file an amended complaint as ordered and has not requested additional time

22   in which to do so.  Therefore, this court recommends that this action be **DISMISSED** without

23   prejudice.

24          The parties are advised:

25          1.   Pursuant to 28 U.S.C § 636(b)(1)(C) and Rule IB 3-2 of the Local Rules of Practice, the

26   parties may file specific written objections to this report and recommendation within ten days of

27   receipt.  These objections should be entitled "Objections to Magistrate Judge's Report and

28    Recommendation" and should be accompanied by points and authorities for consideration by the

     District Court.

1    2.    This report and recommendation is not an appealable order and any notice of appeal

2 pursuant to Fed. R. App. P. 4(a)(1) should not be filed until entry of the District Court's judgment.

3                              **II.  RECOMMENDATION**

4         **IT IS THEREFORE RECOMMENDED** that the district court enter an order

5 **DISMISSING** this action without prejudice.

6         DATED:  February 15, 2008.

7

8                                    _____
                                     UNITED STATES MAGISTRATE JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28