

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT WARRENGTON,

    Plaintiff,

vs.

CLARK COUNTY DETENTION CENTER, MEDICAL DEPARTMENT,

    Defendant.

3:06-cv-0496-BES-VPC

**ORDER**

This is a civil rights action initiated, *pro se*, by Robert Warrengton, who was, when the alleged events underlying the complaint took place, a prisoner at the Clark County Detention Center.

On April 5, 2007, the Court screened the complaint in this case, and determined that it did not state any viable claims (docket #5). The Court, however, described the shortcomings of the complaint, and granted plaintiff 30 days to file an amended complaint to cure those shortcomings.

Plaintiff did not file an amended complaint as ordered. Plaintiff was warned in that order that if he did not file an amended complaint this action would be dismissed.

Therefore, on February 15, 2008, the United States Magistrate Judge assigned to this case entered a Report and Recommendation (docket #7), recommending that this action be dismissed.

1  The copy of the Report and Recommendation mailed to the address plaintiff has
2  provided to the Court was returned undelivered (docket #8), indicating that plaintiff has not
3  kept the Court informed of his current address, as required by Local Rule LSR 2-2.
4  Plaintiff did not file any objection to the Report and Recommendation.
5  **IT IS THEREFORE ORDERED** that the Court **ACCEPTS** the recommendation of the
6  United States Magistrate Judge, in the Report and Recommendation entered February 15,
7  2008 (docket #7).
8  **IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.
9  **IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly.
10  Dated this 6th day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE