AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

ROBERT WARRENGTON,

      Plaintiff,      JUDGMENT IN A CIVIL CASE
  V.

                                  CASE NUMBER: **3:06-CV-00496-BES-VPC**

CLARK COUNTY DETENTION
CENTER, MEDICAL DEPARTMENT,

      Defendant.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**  that this action is **DISMISSED WITHOUT PREJUDICE.**

  March 6, 2008                                    **LANCE S. WILSON**
                                                                                     Clerk

                                                                                    /s/ Daniel R. Morgan
                                                                                      Deputy Clerk